1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

# EXHIBIT B

Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada Bar No. 13703
**HYDE & SWIGART**
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89148
Phone: (619) 233-7770
sara@westcoastlitigation.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KREIGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs Karla Gonzalez and Jaime Retiguin Barba, Sr.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Karla Gonzalez and Jaime Retiguin Barba, Sr.,<br><br>                    Plaintiffs,<br><br>v.<br><br>Allied Collection Services, Inc.,<br><br>                    Defendant. | Case No.: 2:16-cv-02909-MMD-VCF<br><br>**PLAINTIFFS' INTERROGATORIES TO DEFENDANT, SET TWO** |

**PROPOUNDING PARTY:**     **Plaintiffs Karla Gonzalez and Jaime Retiguin Barba, Sr.**

**RESPONDING PARTY:**     **Defendant Allied Collection Services, Inc.**

**SET NO:**     **Two**

Plaintiffs Karla Gonzalez and Jaime Retiguin Barba, Sr. (individually "Plaintiff Gonzalez" and "Plaintiff Barba" and collectively "Plaintiffs"), by and through counsel, hereby request that Defendant Allied Collection Services, Inc. (hereinafter "Defendant") answer within the statutory time-limit, separately and fully in keeping with all Defendant's obligations under FRCP 33, the following interrogatories.

## DEFINITIONS AND INSTRUCTIONS

### I.   DEFINITIONS:

As used in these Interrogatories, the words and terms set forth below are defined as follows:

A. "You" or "your" means the party separately answering these Interrogatories, together with its wholly or partly owned subsidiaries, and its affiliates or parent companies, and each and every other legal entity within its direct or indirect control or in which it holds any equity or other interests, as well as its merged or acquired predecessors in interest (if any), its present and former officers, directors, employees, agents, representatives, and any other persons or corporations acting in a consulting or advisory capacity or acting or purporting to act on behalf of any of the foregoing. "You" includes your company, entity, institution, agency, subsidiary or subsidiaries, parent corporation(s) and/or any of its branches, departments, employees, agents, contractual affiliates, or otherwise connected by legal relationship, in the broadest sense.  You may also be referenced herein simply as "Defendant."

B. Whenever relevant, words in singular shall include the plural thereof. Whenever relevant, the use of one gender includes all others, appropriate in the context.

C. The word "complaint," unless otherwise noted, means the original Complaints filed in this case and any amended Complaint served by Plaintiff in this action.

D. The term "Document" means any writing or recording as defined in Rule 1001 of the Federal Rules of Evidence, including any drafts, revisions and computer-readable materials. "Document" shall also mean electronic mail, tapes, disks, diskettes, data cells, tape backups, drums, printouts, and all other data compilations from which information can be obtained (translated, if necessary, by Defendant through detection devices into usable form).

E. The word "Plaintiff" refers to the plaintiff in this case.

F. "Audit Trail" means a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you." The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.  The term "audit trail" also includes the definition provided for the phrase in the FederBush, Federal Trade Commission and Formal Staff Opinion Letter, March 10, 1983.

## II.    INSTRUCTIONS

A. The information requested is for all information known to Defendant, its officers, directors, and employees and available at the time of answering, including information in the possession of its agents.

B. To the extent any information called for by these Interrogatories is unknown, so state, and set forth such remaining information as is known. If any estimate or

general description can reasonably be made in place of unknown information, set forth the best estimate or general description, clearly designating the answer as such, in place of unknown information, and the basis upon which the estimate or general description is made.

C.   To the extent any Interrogatory is objected to, set forth all reasons therefore. If any claim of privilege is asserted as a ground for not answering any Interrogatory, whether in whole or in part, describe the factual basis for such claim in sufficient detail so as to permit the court to adjudicate the validity of the claim.

D.   These Interrogatories shall be deemed continuing, so as to require additional answers if further information is obtained between the time responses are served and the time of trial. Such additional responses shall be served from time to time, but not later than thirty (30) days after such additional information is received.

## **INTERROGATORIES**

1.   Did you access either of Plaintiffs' credit reports after this case was filed?

2.   Please state every date that you accessed Plaintiffs' credit reports.

3.   Provide a running balance of the Macintyre account from when you started collecting on that account until present.

4.   Provide a running balance of the Fisher account from when you started collecting on that account until present.

///

///

1    5.   Provide a running balance of the Mendoza account from when you started

2         collecting on that account until present.

3

4    DATED this 23rd day of March 2018.

5

6                                          KAZEROUNI LAW GROUP, APC

7                              By:   /s/ Michael Kind

8                                    Michael Kind, Esq.
                                     6069 S. Fort Apache Rd., Ste 100
9                                    Las Vegas, NV 89148
                                     *Attorneys for Plaintiff*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28