# EXHIBIT C

Pursuant to LR 5-1, I hereby certify that on the 23rd day of March 2018, I served Plaintiffs' Interrogatories to Defendant, Set Two, and Plaintiffs' Request to Defendant for Production of Documents, Set Two, on counsel for Defendant Allied Collection Services, Inc. by sending the foregoing via US Mail as follows:

Allicia B Tomolo, Esq.
3080 S. Durango Drive
Las Vegas, Ne 89117

Vernon Nelson, Esq.
John P. Skalak, Esq.
The Law Office of Vernon Nelson, PLLC
9480 S. Eastern Avenue, Ste. 252
Las Vegas, NV 89123

Margaret G. Foley, Esq.
Foley Law Center
601 S. Rancho Rd., Ste. A-1
Las Vegas, NV 89106
*Attorneys for Allied Collection Services, Inc.*

**KAZEROUNI LAW GROUP, APC**

BY: /s/ Michael Kind
Michael Kind , Esq.
*Attorneys for Plaintiff*