1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

# EXHIBIT E

1 | VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
2 | THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
3 | Las Vegas, NV   89123
Tel.: 702-476-2500
4 | Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
5 | *Attorneys for Allied Collection Services, Inc.*

6

UNITED STATES DISTRICT COURT

7

DISTRICT OF NEVADA

8

| KARLA GONZALEZ and JAIME RETIGUIN | Case No.: | 2:16-cv-02909-MMD-VCF |
9 | BARBA, SR., | | |

10 |                   Plaintiffs, | |

11 | v. | **DEFENDANT'S RESPONSES TO** |
| | **PLAINTIFFS' REQUESTS FOR** |
12 | ALLIED COLLECTION SERVICES, INC., | **PRODUCTION OF DOCUMENTS,** |
| | **SET TWO** |
13 |                   Defendant. | |

14

15          COMES NOW, Defendant, ALLIED COLLECTION SERVICES, INC., by and through its

16 attorneys THE LAW OFFICE OF VERNON NELSON, and hereby responds to Plaintiffs' Request for

17 Production of Documents, (Set Two) as follows:

18                              **GENERAL OBJECTIONS**

19          Defendant asserts and incorporates by reference the following general objections to Plaintiffs'

20 request for production of documents as though they were set forth in full in each response:

21          1.          Defendant objects to Plaintiffs' request for production of documents to the extent that

22 the requests are overly broad and unduly burdensome, and to the extent that Plaintiffs seek documents

23 protected from disclosure by the attorney-client privilege, attorney work product doctrine, or other

24 applicable privilege.  Inadvertent disclosure of privileged information is not intended to be, and may

25 not be construed as, a waiver of any applicable privilege.

26          2.          Defendant objects to Plaintiffs' request for production of documents to the extent that

27 Plaintiffs seek the discovery of information which is beyond the scope of this lawsuit, and therefore

28 irrelevant, immaterial, and not reasonably calculated to lead to the discovery of admissible evidence.

THE LAW OFFICE OF VERNON NELSON
ATTORNEY AT LAW

3.      This response is made without waiver of, and with express reservation of, all objections as to competency, relevancy, materiality, and admissibility of the responses to document requests as evidence for any purpose in any further proceedings in this action (including the trial of this action) or in any other action.

4.      Likewise, Defendant's objections to Plaintiffs' request for production of documents are based upon the information presently known by the Defendant, and are made without prejudice to the Defendant's right to assert additional objections in the event that additional grounds for objections should be discovered by the Defendant subsequent to this response. Without waiving the above objections, Defendant will provide responses to relevant, non-privileged matters based on information currently available to it, subject only to the requirements for supplementation of responses contained in Fed. R. Civ. P. 26(e).

5.      Defendant objects to the requests to the extent they attempt to impose obligations that are inconsistent with, or beyond the scope of, those imposed by or authorized under the Federal Rules of Civil Procedure or other applicable law or court rule.

6.      Defendant objects to the requests to the extent they seek documents or information in the possession, custody, or control of entities or persons other than Defendant.

7.      Defendant objects to the requests to the extent they seek documents or information that no longer exists or has otherwise been lost, misplaced, or destroyed.

8.      Defendant objects to the requests as unduly burdensome to the extent that they seek documents previously produced to the Plaintiffs and their attorneys and/or are publicly-available documents including, but not limited to, newspaper clippings, court papers, and documents available on the Internet.   Such duplicative and/or publicly-available documents will not be produced. Responding to such requests would be oppressive, unduly burdensome, and unnecessarily expensive, and the burden of responding to such requests is substantially the same or perhaps less for the Plaintiffs than for the Defendant.

9.      Defendant objects to the requests as unduly burdensome to the extent that they seek documents that are readily or equally available to the Plaintiffs as it is to the Defendant. If a moving party can obtain documents or information without resort to discovery, no cause exists for requesting

1  the discovery. Responding to such requests would be oppressive, unduly burdensome, and

2  unnecessarily expensive, and the burden of responding to such requests is substantially the same or

3  perhaps less for the Plaintiffs as for the Defendant.

4      Subject to and without waiving the foregoing objections, Defendant provide the following

5  responses:

6                    **REQUESTS FOR PRODUCTION OF DOCUMENTS**

7  **REQUEST NO. 1:**

8      Plaintiffs' consumer reports you accessed in the last two years.

9  **RESPONSE TO REQUEST NO. 1:**

10     Allied objects to this interrogatory on the basis that it is vague and compound.

11  Specifically, the interrogatory is vague because it fails to provide a definition of the word "access"

12  or "accessed" as the term can be considered a "term of art" when referencing credit reports, credit

13  reports or credit profiles of individuals.  Further, the interrogatory is compound because it requests

   that Allied answer as to all defendants in a single response.

14     Without waiving the foregoing objections, Allied responds as follows:  After making a

15  diligent search and reasonable and good faith inquiry to comply with the demand, this responding

16  party lacks the ability to comply with the demand. The inability to comply is because the

17  particular item never existed, or has never been, or is no longer in the possession, custody, or

18  control of the responding party.

19  **REQUEST NO. 2:**

20     The original documents you received from your client in connection with the Mendoza

21  account, i.e., the documents Mendoza sent you when you first began collecting on the Mendoza

22  account at issue in this case.

23  **RESPONSE TO REQUEST NO. 2:**

24     After making a diligent search and reasonable and good faith inquiry to comply with the

25  demand, this responding party lacks the ability to comply with the demand. The inability to comply is

26  because the particular item has never been, or is no longer in the possession, custody, or control of the

27  responding party.  Specifically, Allied has never had possession custody or control of any *original*

28  documents in connection with the "Mendoza account."  Further, Allied cannot provide a time frame

                                        3

1  in which any documents in connection with the "Mendoza account" were provided specific to "when
2  you first began collecting on the Mendoza account..."

3      In an effort to comply with Plaintiffs' request, please see copies of documents that were
4  provided to Allied by its client to support the debt assigned for collections by Charles Mendoza, MD,
5  attached hereto as Exhibit X which Allied asserts are responsive to this request. Discovery and
6  investigation are continuing. Allied reserves the right to supplement this response.

7  **REQUEST NO. 3:**

8      The original documents you received from your client in connection with the Fisher
9  account, i.e., the documents Fisher sent you when you first began collecting on the Fisher account
10  at issue in this case.

11  **RESPONSE TO REQUEST NO. 3:**

12      After making a diligent search and reasonable and good faith inquiry to comply with
13  the demand, this responding party lacks the ability to comply with the demand. The inability to
14  comply is because the particular item has never been, or is no longer in the possession, custody, or
15  control of the responding party. Specifically, Allied has never had possession custody or control of
16  any *original* documents in connection with the "Fisher account." Further, Allied cannot provide a
17  time frame in which any documents in connection with the "Fisher account" were provided specific to
18  "when you first began collecting on the Fisher account..."

19      In an effort to comply with Plaintiffs' request, please see copies of documents that were
20  provided to Allied by its client to support the debt assigned for collections by Christopher Fisher, MD,
21  attached hereto as Exhibit X which Allied asserts are responsive to this request. Discovery and
22  investigation are continuing. Allied reserves the right to supplement this response.

23  **REQUEST NO. 4:**

24      The original documents you received from your client in connection with the Macintyre
25  account, i.e., the documents Macintyre sent you when you first began collecting on the Macintyre
26  account at issue in this case.

27  ///
28  ///

1 **RESPONSE TO REQUEST NO. 4:**

2       After making a diligent search and reasonable and good faith inquiry to comply with the

3 demand, this responding party lacks the ability to comply with the demand. The inability to comply is

4 because the particular item has never been, or is no longer in the possession, custody, or control of the

5 responding party. Specifically, Allied has never had possession custody or control of any *original*

6 documents in connection with the "McIntyre account."  Further, Allied cannot provide a time frame

7 in which any documents in connection with the "McIntyre account" were provided specific to "when

8 you first began collecting on the McIntyre account…"

9       In an effort to comply with Plaintiffs' request, please see copies of documents that were

10 provided to Allied by its client to support the debt assigned for collections by Allen McIntyre, MD,

11 attached hereto as Exhibit X which Allied asserts are responsive to this request.  Discovery and

12 investigation are continuing.  Allied reserves the right to supplement this response.

13 **REQUEST NO. 5:**

14       Any contract that you have with Macintyre, relating to collecting on Macintyre's behalf.

15 **RESPONSE TO REQUEST NO. 5:**

16       Allied objects to this request on the basis that it seeks information that is immaterial, irrelevant

17 and not reasonably calculated to lead to the discovery of admissible evidence.  Allied further objects

18 to this request on the basis that it seeks disclosure of information that may be confidential or

19 proprietary in nature.

20 **REQUEST NO. 6:**

21       Any contract that you have with Fisher, relating to collecting on Fisher's behalf.

22 **RESPONSE TO REQUEST NO. 6:**

23       Allied objects to this request on the basis that it seeks information that is immaterial, irrelevant

24 and not reasonably calculated to lead to the discovery of admissible evidence.  Allied further objects

25 to this request on the basis that it seeks disclosure of information that may be confidential or

26 proprietary in nature.

27 **REQUEST NO. 7:**

28       Any contract that you have with Mendoza, relating to collecting on Mendoza's behalf.

1 | **RESPONSE TO REQUEST NO. 7:**

2 Allied objects to this request on the basis that it seeks information that is immaterial, irrelevant
3 and not reasonably calculated to lead to the discovery of admissible evidence. Allied further objects
4 to this request on the basis that it seeks disclosure of information that may be confidential or
5 proprietary in nature.

6 | **REQUEST NO. 8:**

7 A running balance of the Macintyre account from when you started collecting on that
8 account until present.

9 | **RESPONSE TO REQUEST NO. 8:**

10 Allied objects to this request on the basis that it is vague and overbroad. Specifically, the
11 request is vague because it fails to set forth if the "running balance" requested should include
12 payments as well as any adjustments and interest accrued on the "Macintyre account." Further, the
13 interrogatory is vague and overbroad because it fails to set forth if the "running balance" should be
14 provided for the period of time when the account was a debt or after the debt was included as part of
15 the Judgment in the underlying debt collection case, or both.

16 Without waiving the foregoing objections, Allied responds as follows: After making a
17 diligent search and reasonable and good faith inquiry to comply with the demand, this responding
18 party lacks the ability to comply with the demand. The inability to comply is because the
19 particular item never existed, or has never been in the possession, custody, or control of the
20 responding party.

21 | **REQUEST NO. 9:**

22 A running balance of the Fisher account from when you started collecting on that account
23 until present.

24 | **RESPONSE TO REQUEST NO. 9:**

25 Allied objects to this request on the basis that it is vague and overbroad. Specifically, the
26 request is vague because it fails to set forth if the "running balance" requested should include
27 payments as well as any adjustments and interest accrued on the "Fisher account." Further, the
28 interrogatory is vague and overbroad because it fails to set forth if the "running balance" should be

1  provided for the period of time when the account was a debt or after the debt was included as part of

2  the Judgment in the underlying debt collection case, or both.

3       Without waiving the foregoing objections, Allied responds as follows:  After making a

4  diligent search and reasonable and good faith inquiry to comply with the demand, this responding

5  party lacks the ability to comply with the demand. The inability to comply is because the

6  particular item never existed, or has never been in the possession, custody, or control of the

7  responding party.

8  **REQUEST NO. 10:**

9       A running balance of the Mendoza account from when you started collecting on that

10  account until present.

11  **RESPONSE TO REQUEST NO. 10:**

12       Allied objects to this request on the basis that it is vague and overbroad.  Specifically, the

13  request is vague because it fails to set forth if the "running balance" requested should include

14  payments as well as any adjustments and interest accrued on the "Mendoza account."  Further, the

15  interrogatory is vague and overbroad because it fails to set forth if the "running balance" should be

16  provided for the period of time when the account was a debt or after the debt was included as part of

17  the Judgment in the underlying debt collection case, or both.

18       Without waiving the foregoing objections, Allied responds as follows:  After making a

19  diligent search and reasonable and good faith inquiry to comply with the demand, this responding

20  party lacks the ability to comply with the demand. The inability to comply is because the

21  particular item never existed, or has never been in the possession, custody, or control of the

22  responding party.

23       DATED this 26th day of April, 2018

THE LAW OFFICE OF VERNON NELSON

*/s/ Vernon Nelson*
By:   VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV  89123
Tel:  702-476-2500
E-Mail:  vnelson@nelsonlawfirmlv.com
*Attorneys for Allied Collection Services, Inc.*

**CERTIFICATE OF SERVICE**

I, Danielle Alvarado, hereby certify that on the 26th day of April, 2018, I served copies of the following document(s):

**DEFENDANT'S RESPONSES TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS**

by first class US mail to the person(s) named below at the address(es) stated below for such person(s):

Michael Kind, Esq.
KAZEROUNI LAW GROUP
6069 S Fort Apache Road, Ste 100
Las Vegas, NV  89148
T:  800-400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiffs*

Sara Khosroabadi, Esq.
HYDE & SWIGART
8985 S. Eastern Ave., Ste 350
Las Vegas, NV  89123
T: 619-233-7770
sara@westcoastlitigation.com
*Attorneys for Plaintiffs*

David H. Krieger, Esq
HAINES & KRIEGER
8985 S. Eastern Ave., Ste 350
Las Vegas, NV  89123
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs*

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

An employee of
**THE LAW OFFICE OF VERNON NELSON**

DESERT SURGICAL ASSOCIATES

# Patient Face Sheet

10/7/2015

*28 75158*

| | | | |
|---|---|---|---|
| Patient Chart #: | RETJ████ | D.O.B ████ | Age: 34 |
| Patient Name: | JAIME RETIGUIN | Sex: Male | |
| Street 1: | ██████████ | SSN: ████ | |
| Street 2: | | Mar Status: ██ | |
| City: | LAS VEGAS, NV 89121 | S.O.F.: | |
| Phone: | (702)358-9243 | Assigned Provider: | |

Employer Name:
Street 1:
City:
Phone:

## Case Information

| | | |
|---|---|---|
| Case Desc: | SR FISHER | Diagnosis 1: |
| Last Visit: | ██2/2013 | Diagnosis 2: |
| Referral: | CHRISTOPHER FISHER MD | Diagnosis 3: |
| Guarantor Name: | ████████ | Diagnosis 4: |

Ins Co #:                                              Insured 1 Name:
Insurance 1:                                           Street 1:
Street 1:                                              Street 2:
Street 2:                                              Phone:
City:                                                  D.O.B.:                    Sex:
Phone:                                                 Policy Number:
Ins-Start:                                             Group Number:
End:

Ins Co #:                                              Insured 2 Name:
Insurance 2:                                           Street 1:
Street 1:                                              Street 2:
Street 2:                                              City:
City:                                                  Phone:
Phone:                                                 D.O.B.:
Ins-Start:                                             Policy Number:               Sex:
End:                                                   Group Number:

Ins Co #:                                              Insured 3 Name:
Insurance 3:                                           Street 1:
Street 1:                                              Street 2:
Street 2:                                              City:
City:                                                  Phone:
Phone:                                                 D.O.B.:                     Sex:
Ins-Start:                                             Policy Number:
End:                                                   Group Number:

ACS000148

DESERT SURGICAL ASSOCIATES
**Patient Ledger**
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|---|---|---|---|---|---|---|---|---|
| **RETJA000** | **JAIME RETIGUIN** | | | | | | | |
| | Last Payment: | 0.00 | On: 7/13/2015 | | | | | |
| 151352 | 6/22/2013 | 21 | | 15453 | 99291 | 1307050000 | CF | 655.00 |
| 151353 | 6/22/2013 | 21 | | 15453 | 32551 | 1307050000 | CF | 530.00 |
| 151354 | 6/22/2013 | 21 | | 15453 | 12005 | 1307050000 | CF | 490.00 |
| 151355 | 6/22/2013 | 21 | | 15453 | 12011 | 1307050000 | CF | 315.00 |
| 151656 | 7/9/2013 | | Patient statement was billed | 15453 | STATEMENT | 1307050000 | CF | 0.00 |
| 152959 | 7/16/2013 | | Patient statement was billed | 15453 | STATEMENT | 1307050000 | CF | 0.00 |
| 162487 | 10/7/2013 | | Patient statement was billed | 15453 | STATEMENT | 1307050000 | CF | 0.00 |
| 162874 | 10/7/2013 | | Patient statement was billed | 15453 | STATEMENT | 1307050000 | CF | 0.00 |
| 168692 | 11/19/2013 | | PER PT A/R  TB | 15453 | COLL | 1311190000 | CF | -1990.00 |
| 258312 | 5/14/2015 | 22 | | 26330 | 99205 | 1505290000 | MAC | 485.00 |
| 258313 | 5/14/2015 | 22 | | 26330 | 44970 | 1505290000 | MAC | 1710.00 |
| 258353 | 5/15/2015 | 22 | | 26330 | 99024 | 1505290000 | MAC | 0.00 |
| 258630 | 6/2/2015 | | Carrier: CAL00 was billed | 26330 | CLAIM | 1505290000 | MAC | 0.00 |
| 262957 | 6/11/2015 | | NEED TOSEND CLAIM TO B | 26330 | EOB | 1506230000 | MAC | 0.00 |
| 265214 | 6/30/2015 | | NV002 Billed 6/30/2015 B#3: | 26330 | CLAIM | 1505290000 | MAC | 0.00 |
| 269995 | 7/13/2015 | | #0118313067 NV ANTHEM | 26330 | BCPAY | 1505290000 | MAC | -1.23 |
| 269996 | 7/13/2015 | | Carrier 1 Deductible -$250.00 | 26330 | DED | 1505290000 | MAC | 0.00 |
| 269997 | 7/13/2015 | | Adjustment | 26330 | BCADJ | 1505290000 | MAC | -233.63 |
| 269998 | 7/13/2015 | | #0118313067 NV ANTHEM | 26330 | BCPAY | 1505290000 | MAC | -731.29 |
| 269999 | 7/13/2015 | | Adjustment | 26330 | BCADJ | 1505290000 | MAC | -807.18 |
| 270000 | 7/13/2015 | | #0118313067 NV ANTHEM | 26330 | BCPAY | 1505290000 | MAC | 0.00 |
| 270969 | 7/24/2015 | | Patient statement was billed | 26330 | STATEMENT | 1505290000 | MAC | 0.00 |
| 276729 | 8/25/2015 | | Patient statement was billed | 26330 | STATEMENT | 1505290000 | MAC | 0.00 |
| 285114 | 10/7/2015 | | TO COLLECTIONS | 26330 | COLL | 1510070000 | MAC | -421.67 |
| | | | | | | | Patient Total | $0.00 |

ACS000149

DESERT SURGICAL ASSOCIATES

# Patient Face Sheet
### 10/7/2015



Patient Chart #: RETJ█████
Patient Name: JAIME RETIGUIN
Street 1: ████████████████

D.O.B: ████████          Age: █
Sex: Male
SSN ████████
Mar Status: Married
S.O.F:
Assigned Provider:

Employer Name:
Street 1:
City:
Phone:

# Case Information

Case Desc: SR MACINTYRE(5/14/2015)
Last Visit: 5/15/2015
Referral: WADE N. SEARS MD
Guarantor Name: ████████████████

Diagnosis 1:
Diagnosis 2:
Diagnosis 3:
Diagnosis 4:

Ins Co #: █████
Insurance 1: NV ANTHEM
Street 1: ███████
Street 2:
City: DENVER, CO 80217-5747
Phone: (888)817-3717
Ins-Start: ██████
End:

Insured 1 Name: JAIME RETIGUIN
Street 1: ████ ████ AVE
Street 2:
Phone: ████████
D.O.B.: ████████          Sex: Male
Policy Number: ████████
Group Number: ████████

Ins Co #:
Insurance 2:
Street 1:
Street 2:
City:
Phone:
Ins-Start:
End:

Insured 2 Name:
Street 1:
Street 2:
City:
Phone:
D.O.B.:
Policy Number:          Sex:
Group Number:

Ins Co #:
Insurance 3:
Street 1:
Street 2:
City:
Phone:
Ins-Start:
End:

Insured 3 Name:
Street 1:
Street 2:
City:
Phone:
D.O.B.:          Sex:
Policy Number:
Group Number:

DESERT SURGICAL ASSOCIATES
## Patient Ledger
Sorted By: Case Number

| Entry | Date | POS | Description | Case | Procedure | Document | Provider | Amount |
|-------|------|-----|-------------|------|-----------|----------|----------|--------|
| | **JAIME RETIGUIN** | | | | | | | |
| | Last Payment: | 0.00 | On: 7/13/2015 | | | | | |
| 151352 | 6/22/2013 | 21 | | 15453 | 99291 | 1307050000 | CF | 655.00 |
| 151353 | 6/22/2013 | 21 | | 15453 | 32551 | 1307050000 | CF | 530.00 |
| 151354 | 6/22/2013 | 21 | | 15453 | 12005 | 1307050000 | CF | 490.00 |
| 151355 | 6/22/2013 | 21 | | 15453 | 12011 | 1307050000 | CF | 315.00 |
| 151656 | 7/9/2013 | | Patient statement was billed | 15453 | STATEMENT | 1307050000 | CF | 0.00 |
| 152959 | 7/16/2013 | | Patient statement was billed | 15453 | STATEMENT | 1307050000 | CF | 0.00 |
| 162487 | 10/7/2013 | | Patient statement was billed | 15453 | STATEMENT | 1307050000 | CF | 0.00 |
| 162874 | 10/7/2013 | | Patient statement was billed | 15453 | STATEMENT | 1307050000 | CF | 0.00 |
| 168692 | 11/19/2013 | | PER PT A/R  TB | 15453 | COLL | 1311190000 | CF | -1990.00 |
| 258312 | 5/14/2015 | 22 | | 26330 | 99205 | 1505290000 | MAC | 485.00 |
| 258313 | 5/14/2015 | 22 | | 26330 | 99024 | 1505290000 | MAC | 1710.00 |
| 258353 | 5/15/2015 | 22 | | 26330 | 99024 | 1505290000 | MAC | 0.00 |
| 258630 | 6/2/2015 | | Carrier: CAL00 was billed | 26330 | CLAIM | 1505290000 | MAC | 0.00 |
| 262957 | 6/11/2015 | | NEED TOSEND CLAIM TO B | 26330 | EOB | 1506230000 | MAC | 0.00 |
| 265214 | 6/30/2015 | | NV002 Billed 6/30/2015 B#3: | 26330 | CLAIM | 1505290000 | MAC | 0.00 |
| 269995 | 7/13/2015 | | #0118313067 NV ANTHEM | 26330 | BCPAY | 1505290000 | MAC | -1.23 |
| 269996 | 7/13/2015 | | Carrier 1 Deductible -$250.00 | 26330 | DED | 1505290000 | MAC | 0.00 |
| 269997 | 7/13/2015 | | Adjustment | 26330 | BCADJ | 1505290000 | MAC | -233.63 |
| 269998 | 7/13/2015 | | #0118313067 NV ANTHEM | 26330 | BCPAY | 1505290000 | MAC | -731.29 |
| 269999 | 7/13/2015 | | Adjustment | 26330 | BCADJ | 1505290000 | MAC | -807.18 |
| 270000 | 7/13/2015 | | #0118313067 NV ANTHEM | 26330 | BCPAY | 1505290000 | MAC | 0.00 |
| 270969 | 7/24/2015 | | Patient statement was billed | 26330 | STATEMENT | 1505290000 | MAC | 0.00 |
| 276729 | 8/25/2015 | | Patient statement was billed | 26330 | STATEMENT | 1505290000 | MAC | 0.00 |
| 285114 | 10/7/2015 | | TO COLLECTIONS | 26330 | COLL | 1510070000 | MAC | -421.67 |
| | | | | | | | **Patient Total** | **$0.00** |

ACS000151

ANESTHESIOLOGY CONSULTANTS, INC.
PO BOX 50209
HENDERSON, NV 89016-0209

**Business Phone** (702)878-0070
**Office Hours** 8:00 AM TO 4:30 PM

JAIME ZAVALA

☐ Please check box if address is incorrect
or insurance information has changed, and
indicate the change(s) on reverse side

| Credit Card Using For Payment |  |  |  |
|---|---|---|---|
| ☐ Visa ☐ Mastercard |  |  |  |
| Card Number |  | CSC Num | Amount |
| Signature |  |  | Exp. Date |
| Statement Date | Balance Due |  | Account # |
| 01/22/2018 |  | 0.00 |  |
| Minimum Payment |  | 0.00 | Show Amount Paid Here $ |

| Remit To |
|---|
| ANESTHESIOLOGY CONSULTANTS, INC.
PO BOX 50209
HENDERSON, NV 89016-0209 |

**STATEMENT**

Please detach and return top
portion with your payment

| Date | Ref # | Description | Charges and credits | Insurance pending | Guarantor balance |
|---|---|---|---|---|---|
|  |  | **Patient: ZAVALA, JAIME** |  |  |  |
| 05/14/2015 | 00840 | Anes service separate from the hospital | 1,200.00 |  |  |
| 08/06/2015 |  | LATE FEE | 40.00 |  |  |
| 08/10/2015 |  | External Collection | -1,240.00 |  |  |
| 06/04/2016 |  | Reverse External Collection | 1,240.00 |  |  |
| 06/04/2016 |  | Ref # 132432 from ALLIED COLLECTION | -90.00 |  |  |
| 06/04/2016 |  | COMMISSION OFFSET ADJ | -60.00 |  |  |
| 06/04/2016 |  | External Collection | -1,090.00 |  |  |
| 08/08/2016 |  | Reverse External Collection | 1,090.00 |  |  |
| 08/08/2016 |  | COMMISSION OFFSET ADJ | -171.36 |  |  |
| 08/08/2016 |  | DIRECT PYMNT COMM ADJ | 171.36 |  |  |
| 08/09/2016 |  | Ref # 0003690612 from CALIFORNIA IRONWORKERS FIELD | -685.44 |  |  |
| 08/09/2016 |  | REVERSE ALLIED COMM ADJ | 171.36 |  |  |
| 08/09/2016 |  | REVERSE DIRECT PYMNT COMM | -171.36 |  |  |
| 08/09/2016 |  | COMMISSION OFFSET ADJ | -274.18 |  |  |
| 08/09/2016 |  | DIRECT PYMNT COMM ADJ | 274.18 |  |  |
| 08/15/2016 |  | External Collection | -404.56 |  |  |
| 08/27/2016 |  | Reverse External Collection | 404.56 |  |  |
| 08/27/2016 |  | ADDITIONAL CONTRACTUAL WOFF | -574.40 |  |  |
| 08/27/2016 |  | REVERSE POSTED CHARGE | -1,200.00 |  |  |
| 08/27/2016 |  | REINSTATE ADJUSTMENT | 574.40 |  |  |
| 08/27/2016 |  | REVERSE LATE FEE | -40.00 |  |  |
| 08/27/2016 |  | Guarantor Responsibility |  |  |  |
| 09/07/2016 |  | Reversed Ref # 0003690612 from CALIFORNIA IRONWORK | 685.44 |  |  |
| 09/07/2016 |  | Reversed Ref # 132432 from ALLIED COLLECTION | 90.00 |  |  |
| 09/07/2016 |  | REVERSE ALLIED COMM ADJ | 60.00 |  |  |
| 05/14/2015 | 99140 | Emergency anesthesia | 240.00 |  |  |
| 08/10/2015 |  | External Collection | -240.00 |  |  |
| 08/27/2016 |  | Reverse External Collection | 240.00 |  |  |
| 08/27/2016 |  | ADDITIONAL CONTRACTUAL WOFF | -104.00 |  |  |
| 08/27/2016 |  | REVERSE POSTED CHARGE | -240.00 |  |  |
| 08/27/2016 |  | REINSTATE ADJUSTMENT | 104.00 |  |  |

ACS000152

M 681037



ANESTHESIOLOGY CONSULTANTS, INC.
PO BOX 50209
HENDERSON, NV 89016-0209

**Business Phone** (702)878-0070
**Office Hours**    8:00 AM TO 4:30 PM

JAIME ZAVALA

Remit To

ANESTHESIOLOGY CONSULTANTS, INC.
PO BOX 50209
HENDERSON, NV 89016-0209

☐ Please check box if address is incorrect
or insurance information has changed, and
indicate the change(s) on reverse side

**STATEMENT**

Please detach and return top
portion with your payment

| Date | Ref# | Description | Charges and credits | Insurance pending | Guarantor balance |
|---|---|---|---|---|---|
| 08/27/2016 | | Guarantor Responsibility | | | |
| 05/14/2015 | 4250F | Wrmng 4 surg normothermia | | | |
| 05/25/2015 | | Guarantor Responsibility | | | |
| 05/14/2015 | G9363 | Mac or pnb w/o genanes <60m | | | |
| 05/25/2015 | | Guarantor Responsibility | | | |
| 05/14/2015 | 00840 | Anes service separate from the hospital | 1,200.00 | | |
| 09/07/2016 | | Claim to ANTHEM BCBS CO BLUE CARD | | | |
| 09/07/2016 | | Ref # 3690612 from ANTHEM BCBS CO BLUE CARD | -563.04 | | |
| 09/07/2016 | | Contractual write off | -574.40 | | |
| 09/07/2016 | | Copay      62.56 | | | |
| 09/07/2016 | | DIRECT PYMNT COMM ADJ | 225.22 | | |
| 09/07/2016 | | COMMISSION OFFSET ADJ | -225.22 | | |
| 09/07/2016 | | Ref # 132432 from ALLIED COLLECTION | -76.40 | | |
| 09/07/2016 | | LATE FEE | 40.00 | | |
| 09/07/2016 | | DIRECT PYMNT COMM ADJ | 30.56 | | |
| 09/07/2016 | | COMMISSION OFFSET ADJ | -30.56 | | |
| 09/07/2016 | | External Collection | -26.16 | | |
| 09/07/2016 | | Guarantor Responsibility | | | |
| 05/14/2015 | 99140 | Emergency anesthesia | 240.00 | | |
| 09/07/2016 | | Claim to ANTHEM BCBS CO BLUE CARD | | | |
| 09/07/2016 | | Ref # 3690612 from ANTHEM BCBS CO BLUE CARD | -122.40 | | |
| 09/07/2016 | | Contractual write off | -104.00 | | |
| 09/07/2016 | | Copay      13.60 | | | |
| 09/07/2016 | | DIRECT PYMNT COMM ADJ | 48.96 | | |
| 09/07/2016 | | COMMISSION OFFSET ADJ | -48.96 | | |
| 09/07/2016 | | Ref # 132432 from ALLIED COLLECTION | -13.60 | | |
| 09/07/2016 | | DIRECT PYMNT COMM ADJ | 5.44 | | |
| 09/07/2016 | | COMMISSION OFFSET ADJ | -5.44 | | |
| 09/07/2016 | | Guarantor Responsibility | | | |
| 05/14/2015 | 4250F | Wrmng 4 surg normothermia | | | |
| 08/27/2016 | | Guarantor Responsibility | | | |
| 05/14/2015 | G9363 | Mac or pnb w/o genanes <60m | | | |

ACS000153

M 681037

ANESTHESIOLOGY CONSULTANTS, INC.
PO BOX 50209
HENDERSON, NV 89016-0209

**Business Phone** (702)878-0070
**Office Hours** 8:00 AM TO 4:30 PM

JAIME ZAVALA

| Credit Card Using For Payment | | | |
|---|---|---|---|
| ☐ Visa    ☐ Mastercard | | | |
| Card Number | | CSC Num | Amount |
| Signature | | | Exp. Date |
| Statement Date | Balance Due | | Account # |
| 01/22/2018 | | 0.00 | |
| Minimum Payment | 0.00 | Show Amount Paid Here | $ |

| Remit To |
|---|
| ANESTHESIOLOGY CONSULTANTS, INC.<br>PO BOX 50209<br>HENDERSON, NV 89016-0209 |

☐ Please check box if address is incorrect
or insurance information has changed, and
indicate the change(s) on reverse side

**STATEMENT**

Please detach and return top
portion with your payment

| Date | Ref # | Description | | Charges and credits | Insurance pending | Guarantor balance |
|---|---|---|---|---|---|---|
| 08/27/2016 | | Guarantor Responsibility | | | | |
| 09/07/2016 | ONACC | Guarantor pymt line items reversed to On Account. | | -90.00 | | |
| 09/07/2016 | ONACC | Applied to line items from On Account. | | 90.00 | | |
| | | Total for patient: ZAVALA, JAIME | 0.00 | | | |
| | | | | | **Total due** | 0.00 |

| | Current | over 22 days | over 44 days | over 900 days | over 999 days | Total |
|---|---|---|---|---|---|---|
| Insurance Pending | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Guarantor Responsibility | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Account # AC282302
ANESTHESIOLOGY CONSULTANTS, INC.

| Please Pay This Amount |
|---|
| >>>>        0.00 |

ACS000154

M 681037

Page #    3

Paymentid - QP00839993

3690612 - Page: 1

# CALIFORNIA IRONWORKERS FIELD WELFARE PLAN
131 North EL Molino Ave. Suite 330, Pasadena, CA 91101

**CHECK #:** 3

**Date Issued:** 07/21/2016

**Provider Name:** ANESTHESIOLOGY CONSULTANTS INC
PO BOX 50209
HENDERSON, NV 89016

**Provider ID #:**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient Name: | JAIME RETIGUIN | | | | | Patient ID #: | | | | | |
| Subscriber Name: | JAIME RETIGUIN | | | | | Subscriber ID #: | | | | | |
| Claim ID: | | | | | | Patient Acct #: | | | | | |

| Line Num | Date of service | Service Code | Units | Billed Amt | Allowed Amt | Disallow Amt | Reason Code | Ded Amt | Co-Pay Amt | Co-Ins Amt | Amt Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/14/15 | 00840 | 1 | 1,200.00 | 625.60 | 0.00 | R99 | 0.00 | 0.00 | 62.56 | 563.04 |
| 2 | 05/14/15 | 01999 | 1 | 40.00 | 0.00 | 40.00 | C005, R99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 05/14/15 | 99140 | 1 | 240.00 | 136.00 | 0.00 | R99 | 0.00 | 0.00 | 13.60 | 122.40 |
| | | | **Claim Total** | **$1,480.00** | **$761.60** | **$40.00** | | **$0.00** | **$0.00** | **$76.16** | **$685.44** |

Reason Code Remarks:
C005 - Not a covered service under the Plan
R99 - Blue Cross savings applied.

Comments:

| | |
|---|---|
| Total Patient Responsibility: | $76.16 |
| Claim Adjustment Amount: | $0.00 |
| Previous Claim Paid Amount: | $0.00 |
| Amount Paid on Claim: | $685.44 |

**Check Amount:** **$685.44**

For Questions Regarding This Claim, Please Call Customer Service (800) 527-4613.

ACS000155

**3690612**    **CALIFORNIA IRONWORKERS FIELD WELFARE PLAN**
131 NORTH EL MOLINO AVE., SUITE 330   PASADENA CA 91101

DOCUMENT IS PRINTED ON CHEMICALLY REACTIVE PAPER - THE BACK OF THIS DOCUMENT INCLUDES A TAMPER EVIDENT CHEMICAL WASH WARNING BOX

**CALIFORNIA IRONWORKERS FIELD WELFARE PLAN**
131 NORTH EL MOLINO AVE., SUITE 330   PASADENA CA 91101

Drawn on
**Wells Fargo Central Bank**
Calabasas, California

90-477
1222

| CHECK NO. | DATE | AMOUNT |
|---|---|---|
| | 07/21/16 | $****685.44 |

PAY   ***685 dollars and 44 cents

CLM-F

WELFARE
ACCOUNT

VOID 6 MONTHS
FROM DATE OF CHECK

TO
THE
ORDER
OF

ANESTHESIOLOGY CONSULTANTS INC
PO BOX 50209
HENDERSON NV 89016

Donald A Zampa

ACS000156

Paymentid – QP00839993                                              3690612 – Page: 1

# CALIFORNIA IRONWORKERS FIELD WELFARE PLAN
131 North EL Molino Ave. Suite 330, Pasadena, CA 91101

**CHECK #:**

Date Issued:     07/21/2016

Provider Name:     ANESTHESIOLOGY CONSULTANTS INC          Provider ID #:
                   PO BOX 50209
                   HENDERSON, NV 89016

| Patient Name: | JAIME RETIGUIN | | | | | Patient ID #: | | | | |
| Subscriber Name: | JAIME RETIGUIN | | | | | Subscriber ID #: | | | | |
| Claim ID: | | | | | | Patient Acct #: | | | | |

| Line Num | Date of service | Service Code | Units | Billed Amt | Allowed Amt | Disallow Amt | Reason Code | Ded Amt | Co-Pay Amt | Co-Ins Amt | Amt Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05/14/15 | 00840 | 1 | 1,200.00 | 625.60 | 0.00 | R99 | 0.00 | 0.00 | 62.56 | 563.04 |
| 2 | 05/14/15 | 01999 | 1 | 40.00 | 0.00 | 40.00 | C005, R99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | 05/14/15 | 99140 | 1 | 240.00 | 136.00 | 0.00 | R99 | 0.00 | 0.00 | 13.60 | 122.40 |
| | Claim Total | | | $1,480.00 | $761.60 | $40.00 | | $0.00 | $0.00 | $76.16 | $685.44 |

Reason Code Remarks:
C005 - Not a covered service under the Plan
R99 - Blue Cross savings applied.

Comments:

|  |  |
|---|---|
| **Total Patient Responsibility:** | **$76.16** |
| **Claim Adjustment Amount:** | **$0.00** |
| **Previous Claim Paid Amount:** | **$0.00** |
| **Amount Paid on Claim:** | **$685.44** |
| **Check Amount:** | **$685.44** |

For Questions Regarding This Claim, Please Call Customer Service (800) 527-4613.

ACS000157

HERNANDEZ, CARMEN G            IMMI            Date run: 01/22/2018 02:39

## Account Detail Listing

Practice corp: ANESTHESIOLOGY CONSULTANTS, INC.      Guarantor: ██████████LA
           Account # A

| Date | TranCode | Qty | Description | Patient | Amount | Balance |
|---|---|---|---|---|---|---|
| 05/14/2015 | SVCFE | 1 | 00840  AA  ANESTH SURG LOWER ABDOMEN | ZAVALA, JAIME | 1200.00 | |
| 09/07/2016 | REBILL | | Claim #██████ to BCBS / ANTHEM BCBS | | 0.00 | |
| 09/07/2016 | IPYMT | | Check #██████ from ANTHEM BCBS CO | | -563.04 | |
| | CWOFF | | Contractual write off | | -574.40 | |
| | COPAY | | Copay     62.56 | | 0.00 | |
| 09/07/2016 | GPYMT | | From On AccountCheck #██████) from | | -76.40 | |
| 09/07/2016 | MADJP | | DPACA  DIRECT PYMNT COMM ADJ | | 225.22 | |
| 09/07/2016 | MADJN | | ACA    COMMISSION OFFSET ADJ | | -225.22 | |
| 09/07/2016 | MADJP | | LFEE  LATE FEE | | 40.00 | |
| 09/07/2016 | MADJP | | DPACA  DIRECT PYMNT COMM ADJ | | 30.56 | |
| 09/07/2016 | MADJN | | ACA    COMMISSION OFFSET ADJ | | -30.56 | |
| 09/07/2016 | EXCOL | | External collection - ALLIED COLLECTION AGENCY | | -26.16 | |
| | | | Balance -09/07/2016- Guarantor | | | 0.00 |
| 05/14/2015 | SVCFE | 1 | 99140  Emergency anesthesia | ZAVALA, JAIME | 240.00 | |
| 09/07/2016 | REBILL | | Claim # 918240(P 927475) to BCBS / ANTHEM BCBS | | 0.00 | |
| 09/07/2016 | IPYMT | | Check # 3690612 (150902) from ANTHEM BCBS CO | | -122.40 | |
| | CWOFF | | Contractual write off | | -104.00 | |
| | COPAY | | Copay     13.60 | | 0.00 | |
| 09/07/2016 | GPYMT | | From On AccountChe██████ (144476) from | | -13.60 | |
| 09/07/2016 | MADJP | | DPACA  DIRECT PYMNT COMM ADJ | | 48.96 | |
| 09/07/2016 | MADJN | | ACA    COMMISSION OFFSET ADJ | | -48.96 | |
| 09/07/2016 | MADJP | | DPACA  DIRECT PYMNT COMM ADJ | | 5.44 | |
| 09/07/2016 | MADJN | | ACA    COMMISSION OFFSET ADJ | | -5.44 | |
| | | | Balance -09/07/2016- Guarantor | | | 0.00 |
| 05/14/2015 | SVCFE | 1 | 4250F  8P  Wrmng 4 surg normothermia | ZAVALA, JAIME | 0.00 | |
| | | | Balance -08/27/2016- Guarantor | | | 0.00 |
| 05/14/2015 | SVCFE | 1 | G9363  Mac or pnb w/o genanes <60m | ZAVALA, JAIME | 0.00 | |
| | | | Balance -08/27/2016- Guarantor | | | 0.00 |
| 05/14/2015 | SVCFE~ | 1 | 00840  AA  ANESTH SURG LOWER ABDOMEN | ZAVALA, JAIME | 1200.00 | |
| 05/26/2015 | CLAIM | | Cancelled Claim██████D CLAIM) to PNDMCD / | | 0.00 | |
| 08/06/2015 | MADJP | | LFEE  LATE FEE | | 40.00 | |
| 08/10/2015 | EXCOL | | External collection - ALLIED COLLECTION AGENCY | | -1240.00 | |
| 08/04/2016 | GPYMT | | Check # 132432 (144476) from ALLIED | | -90.00 | |
| 08/04/2016 | RVCOL | | RVCOL  Reverse External Collection | | 1240.00 | |
| 08/04/2016 | MADJN | | ACA    COMMISSION OFFSET ADJ | | -60.00 | |
| 08/04/2016 | EXCOL | | External collection - ALLIED COLLECTION AGENCY | | -1090.00 | |
| 08/08/2016 | RVCOL | | RVCOL  Reverse External Collection | | 1090.00 | |
| 08/08/2016 | MADJN | | ACA    COMMISSION OFFSET ADJ | | -171.36 | |
| 08/08/2016 | MADJP | | DPACA  DIRECT PYMNT COMM ADJ | | 171.36 | |
| 08/09/2016 | GPYMT | | Check # 0003690612 (148873) from CALIFORNIA | | -685.44 | |
| 08/09/2016 | MADJP | | RACA   REVERSE ALLIED COMM ADJ | | 171.36 | |
| 08/09/2016 | MADJN | | RDPAC  REVERSE DIRECT PYMNT COMM | | -171.36 | |
| 08/09/2016 | MADJN | | ACA    COMMISSION OFFSET ADJ | | -274.18 | |
| 08/09/2016 | MADJP | | DPACA  DIRECT PYMNT COMM ADJ | | 274.18 | |
| 08/15/2016 | EXCOL | | External collection - ALLIED COLLECTION AGENCY | | -404.56 | |
| 08/27/2016 | RVCOL | | RVCOL  Reverse External Collection | | 404.56 | |
| 08/27/2016 | MADJN | | WOFF   ADDITIONAL CONTRACTUAL WOFF | | -574.40 | |
| 08/27/2016 | RVFEE | | REVCH  REVERSE POSTED CHARGE | | -1200.00 | |
| 08/27/2016 | MADJP | | REI    REINSTATE ADJUSTMENT | | 574.40 | |
| 08/27/2016 | MADJN | | RLFEE  REVERSE LATE FEE | | -40.00 | |
| 09/07/2016 | RVPMT | | Reversed (MPTL) Check██████ 148873) | | 685.44 | |

HERNANDEZ, CARMEN G                                      IMMI                              Date run: 01/22/2018 02:39

**Account Detail Listing**

Practice corp: ANESTHESIOLOGY CONSULTANTS, INC.              Guarantor: JAIME ZAVALA
                                                            Account #

| Date | TranCode | Qty | Description | Patient | Amount | Balance |
|------|----------|-----|-------------|---------|--------|---------|
| 09/07/2016 | RVPMT | | Reversed Check # 132432 (144476) from ALLIED | | 90.00 | |
| 09/07/2016 | MADJP | | RACA   REVERSE ALLIED COMM ADJ | | 60.00 | |
| | | | Balance -08/27/2016- Guarantor | | | 0.00 |
| 05/14/2015 | SVCFE~ | 1 | 99140   Emergency anesthesia | ZAVALA, JAIME | 240.00 | |
| 05/26/2015 | CLAIM | | Cancelled Claim # 699270(NO CLAIM) to PNDMCD / | | 0.00 | |
| 08/10/2015 | EXCOL | | External collection - ALLIED COLLECTION AGENCY | | -240.00 | |
| 08/27/2016 | RVCOL | | RVCOL  Reverse External Collection | | 240.00 | |
| 08/27/2016 | MADJN | | WOFF   ADDITIONAL CONTRACTUAL WOFF | | -104.00 | |
| 08/27/2016 | RVFEE | | REVCH  REVERSE POSTED CHARGE | | -240.00 | |
| 08/27/2016 | MADJP | | REI    REINSTATE ADJUSTMENT | | 104.00 | |
| | | | Balance -08/27/2016- Guarantor | | | 0.00 |
| 05/14/2015 | SVCFE~ | 1 | 4250F  8P  Wrmng 4 surg normothermia | ZAVALA, JAIME | 0.00 | |
| | | | Balance -05/25/2015- Guarantor | | | 0.00 |
| 05/14/2015 | SVCFE~ | 1 | G9363   Mac or pnb w/o genanes <60m | ZAVALA, JAIME | 0.00 | |
| | | | Balance -05/25/2015- Guarantor | | | 0.00 |
| 01/22/2018 | ONACCT | | On account transactions | | 0.00 | |
| | | | Balance | | | 0.00 |
| 09/07/2016 | GPYMT | | Guarantor payment line items reversed. | | -90.00 | |
| 09/07/2016 | RVPMT | | Applied to line items. | | 90.00 | |

ACS000159