1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

# EXHIBIT J

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Michael Kind, Esq.           SBN 13903<br>Kazerouni Law Group, APC<br>245 Fischer Ave., Suite D1<br>Costa Mesa, CA 92626<br>TELEPHONE NO.: (800) 400-6808    FAX NO: (800) 520-5523<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREE ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: United States District Court | |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Gonzalez | Case Number: |
| DEFENDANT/RESPONDENT: Allied Collection Services, Inc. | 2:16-cv-02909-MMD-VCF |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>Gonzalez v.  Allied Collection |

(Separate proof of service is required for each party served.)

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action.  I served the:

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Notice of Custodian of Records Deposition; $35 Witness Fee (Federal AO 88B)

on:   Chris Fisher, MD, Desert Surgical Associates (Fisher) PLLC

In the above mentioned action by delivering to and leaving with:
Bridget Kelly, J.D., M.A., Esq., Authorized Person for Service

at:   7395 S. Pecos Blvd., Ste. 103, Las Vegas, NV  89120
(Business)

on:   March 13, 2018
at:   4:04 PM

Fee for service:

Record # 18-150300
Invoice # 18143652, 18143652

| | |
|---|---|
| Registered California process server.<br>County:<br>Registration No:  R-004357<br>Expiration Date:<br>Michelle Ely - Sano Attorney Service<br><br>P.O. Box 1568, Riverside, CA 92502 | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed<br>on: Mar 14, 2018      at:  Las Vegas, NV<br><br>_____<br>Michelle Ely |