# EXHIBIT K

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>Michael Kind, Esq.      SBN 13903<br>Kazerouni Law Group, APC<br>245 Fischer Ave., Suite D1<br>Costa Mesa, CA 92626<br>TELEPHONE NO.: (800) 400-6808    FAX NO: (800) 520-5523<br>E-MAIL ADDRESS:<br>ATTORNEY FOR: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: United States District Court | |
| PLAINTIFF/PETITIONER: Gonzalez | Case Number:<br>2:16-cv-02909-MMD-VCF |
| DEFENDANT/RESPONDENT: Allied Collections Services, Inc. | |
| PROOF OF SERVICE | Ref. No. or File No.:<br>Gonzalez v. Allied Collections |

*(Separate proof of service is required for each party served.)*

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 18 years and not a party to the within entitled action. I served the:

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Notice of Custodian of Records Deposition; $35 Witness Fee (Federal AO 88B)

on: Allan David MacIntyre, DO, Desert Surgical Associates (Fisher) PLLC

in the above mentioned action by delivering to and leaving with:
Bridget Kelly, J.D., M.S., Esq., Authorized Person for Service

at: 7395 S. Pecos Blvd., Ste. 103, Las Vegas, NV 89120
(Business)

on: March 13, 2018
at: 4:04 PM

Fee for service: $30.00

Record # 18-150298
Invoice # 18143653, 18143653

Registered California process server.
County:
Registration No: R-004357
Expiration Date:
Michelle Ely - Sano Attorney Service

P.O. Box 1568, Riverside, CA 92502

I declare under penalty of perjury that the foregoing is true and correct and that this declaraction was executed
on: Mar 14, 2018      at: Las Vegas, NV

_Michelle Ely_
Michelle Ely