# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

KARLA GONZALEZ and JAIMIE REIGUIN BARBA SR.,

    Plaintiffs,

vs.

ALLIED COLLECTION SERVICES, INC.,

    Defendant.

2:16-cv-02909-MMD-VCF

**ORDER**

  The Court set a hearing on Plaintiffs' Motion to Compel Discovery (ECF No. 46) on June 21, 2018. (ECF No. 49).

  Accordingly,

  IT IS HEREBY ORDERED that Plaintiffs must serve by July 2, 2018, a copy of the Order setting the hearing (ECF No. 49) and this Order on Drs. Mendoza, MacIntyre (Desert Surgical Associates), and Fisher.

  Non-appearance at the 11:00 AM, July 12, 2018 hearing (at the United States District Court, Lloyd George Courthouse, 333 Las Vegas Blvd., Las Vegas, Nevada 89101, Courtroom 3C) will be construed as a consent to the granting of Plaintiffs' Motion to Compel Discovery (ECF No. 46), as to Drs. Mendoza, MacIntyre (Desert Surgical Associates), and Fisher.

  DATED this 25th day of June, 2018.

                     CAM FERENBACH
                     UNITED STATES MAGISTRATE JUDGE