# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KARLA GONZALEZ and JAIMIE REIGUIN BARBA SR., <br><br> Plaintiffs, <br><br> vs. <br> ALLIED COLLECTION SERVICES, INC., <br><br> Defendant. | 2:16-cv-02909-MMD-VCF <br> **AMENDED ORDER** |

The Court set a hearing on Plaintiffs' Motion to Compel Discovery (ECF No. 46) on June 21, 2018. (ECF No. 49).

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs must serve by July 2, 2018, a copy of the Order setting the hearing (ECF No. 49) and this Order on Drs. MacIntyre (Desert Surgical Associates) and Fisher.

Non-appearance at the 11:00 AM, July 12, 2018 hearing (at the United States District Court, Lloyd George Courthouse, 333 Las Vegas Blvd., Las Vegas, Nevada 89101, Courtroom 3C) will be construed as a consent to the granting of Plaintiffs' Motion to Compel Discovery (ECF No. 46), as to Drs. MacIntyre (Desert Surgical Associates) and Fisher.

DATED this 25th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE