# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KARLA GONZALEZ AND JAIME RETIFUIN BARBA SR., <br><br> Plaintiffs, <br><br> vs. <br> ALLIED COLLECTION SERVICES, INC., <br><br> Defendant. | 2:16-cv-02909-MMD-VCF <br> **ORDER** |

Before the Court is the Withdrawal of Motion to Compel Discovery as to Dr. Fisher Only (ECF No. 56).

Accordingly,

IT IS HEREBY ORDERED that the Withdrawal of Motion to Compel Discovery as to Dr. Fisher Only (ECF No. 56) is GRANTED. Dr. Fisher's appearance at the July 12, 2018 hearing, is not required.

IT IS FURTHER ORDERED that Plaintiffs serve Dr. Fisher a copy of this Order by July 3, 2018.

DATED this 29th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE