VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV  89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Allied Collection Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARLA GONZALEZ and JAIME RETIGUIN BARBA, SR.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED COLLECTION SERVICES, INC.,<br><br>Defendant. | Case No.:     2:16-cv-02909<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ALLIED COLLECTION SERVICES, INC. TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Karla Gonzalez and Jaime Retiguin Barba, Sr., and Defendant, Allied Collection Services, Inc., by and through their undersigned counsel of record as follows:

(1) This is the second request for an extension of time to oppose Plaintiff's Motion for Summary Judgment in this matter.

(2) Defendant's Opposition to Plaintiff's Motion for Summary Judgment, [Doc. 58], is currently due Friday, July 20, 2018.

(3) Plaintiff's counsel has agreed to give Defendant's an extension through Tuesday, July 24, 2018 to file their Opposition to Plaintiff's Motion for Summary Judgment.

(4) The parties had originally submitted a stipulation of time in this matter on Thursday, July 19, 2018. The stipulation was rejected by this Honorable Court for failure to comply with the Local Rule IA 6-1. Defendant made note of the Local Rule and the parties submit this stipulation as compliant to that Rule.

(5) The parties have subsequently agreed, based on an unexpected illness of Defendant's counsel, to extend the time to respond through Tuesday, July 24, 2018 as reflected above in paragraph 3.

Dated this 23rd day of July, 2018.                Dated this 23rd day of July, 2018.
THE LAW OFFICE OF VERNON NELSON   KAZEREOUNI LAW GROUP, APC

/s/ *VERNON A. NELSON*                            /s/ *Michael Kind*
VERNON A. NELSON, JR.                             MICHAEL KIND
Nevada Bar No. 6434                               Nevada Bar No. 13903
9480 S. Eastern Avenue, Suite 252                 7854 W Sahara Avenue
Las Vegas, NV 89123                               Las Vegas, NV 89117
Attorneys for Defendant                           Attorneys for Plaintiffs

**IT IS SO ORDERED.**

_____
U. S. DISTRICT COURT JUDGE

DATED: July 24, 2018