Michael Kind, Esq.
Nevada Bar No.: 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara F. Khosroabadi, Esq.
Nevada Bar No.: 13703
HYDE & SWIGART
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs Karla Gonzalez and Jaime Retiguin Barba, Sr.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Karla Gonzalez and Jaime Retiguin Barba Sr., <br><br> Plaintiffs, <br><br> v. <br><br> Allied Collection Services, Inc., <br><br> Defendant. | Case No.: 2:16-cv-02909-MMD-VCF <br><br> **Stipulation to Extend Time for Plaintiffs to Respond to Defendant's Motion for Summary Judgment and for the Parties to file their Replies** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED between Plaintiffs Karla Gonzalez and Jaime Retiguin Barba Sr. ("Plaintiffs") and Defendant Allied Collection Services, Inc. ("Defendant," and together with Plaintiffs, the "Parties") as follows: On July 12, 2018, Defendant filed its Amended Motion for Summary Judgment. ECF No. 70. The deadline for Plaintiffs' response is August 2, 2018. *Id.* Plaintiffs request a seven-day extension to file their response in opposition to Defendant's motion in part because the parties intend to meet and confer about Defendant's position on the running balances of the original creditors' accounts relevant to this case, as ordered by this court. *See* ECF No. 71. The Parties plan to meet and confer in the next few days. This is Plaintiffs' first request for an extension of this deadline.

Relatedly, the Parties agree that their reply briefs to their cross motions for summary judgment should be due on the same date. ECF Nos. 58, 70. Plaintiffs' reply is due on August 8, 2018 while Defendant's reply will be due 14 days after Plaintiffs' response is filed. *See Id.*; LR 7-2. Otherwise, the briefing schedule would disadvantage Plaintiffs by giving Defendant the last word on summary judgment.

///

///

///

IT IS THEREFORE STIPULATED between the Parties as follows:

(1) Plaintiffs' response to Defendant's motion, ECF No. 70, is due on or before **August 9, 2018**;

(2) Both Parties' replies in support of their respective motions, ECF Nos. 58, 70, will be due on or before **August 27, 2018**.

DATED this 31st day of July 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*

**THE LAW OFFICE OF VERNON NELSON**

By: /s/ Vernon A. Nelson
Vernon A. Nelson, Jr., Esq.
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 31, 2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 31, 2018, the foregoing Stipulation was served by email to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148