VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Allied Collection Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARLA GONZALEZ and JAIME RETIGUIN BARBA, SR.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED COLLECTION SERVICES, INC.,<br><br>Defendant. | Case No.: 2:16-cv-02909<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT A RUNNING BALANCE TO THE COURT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Karla Gonzalez and Jaime Retiguin Barba, Sr., and Defendant, Allied Collection Services, Inc., by and through their undersigned counsel of record as follows:

(1) On July 12, 2018 this honorable court ordered the Parties in this matter to work together and come up with a running balance and to stipulate to the running balance.

(2) The Parties were to have the stipulated running balance to the court by August 13, 2018.

(3) The Parties have exchanged initial information and calculated running balance and are still in the process of reviewing the information needed to reach an agreement.

(4) In the process of this review Defendant's counsel had an unexpected illness that has delayed the Parties final review and finalization of the running balance.

(5) The Parties have subsequently agreed, to extend the deadline for the stipulation of the running balance to August 27, 2018.

(6) This is the first request to extend the deadline for the stipulation of the running balance in this matter.

| Dated this 10th day of August, 2018. | Dated this 10th day of August, 2018. |
|---|---|
| THE LAW OFFICE OF VERNON NELSON | KAZEREOUNI LAW GROUP, APC |
| /s/ *VERNON A. NELSON* | /s/ *Michael Kind* |
| VERNON A. NELSON, JR. | MICHAEL KIND |
| Nevada Bar No. 6434 | Nevada Bar No. 13903 |
| 9480 S. Eastern Avenue, Suite 252 | 7854 W Sahara Avenue |
| Las Vegas, NV 89123 | Las Vegas, NV 89117 |
| Attorneys for Defendant | Attorneys for Plaintiffs |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 13, 2018