1 Michael Kind, Esq.
Nevada Bar No.: 13903
2 KAZEROUNI LAW GROUP, APC
3 6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
4 Phone: (800) 400-6808 x7
5 FAX: (800) 520-5523
mkind@kazlg.com
6
Sara F. Khosroabadi, Esq.
7 Nevada Bar No.: 13703
8 HYDE & SWIGART
6069 South Fort Apache Road, Suite 100
9 Las Vegas, Nevada 89148
Phone: (619) 233-7770
10 FAX: (619) 297-1022
11 sara@westcoastlitigation.com

12 David H. Krieger, Esq.
Nevada Bar No.: 9086
13 HAINES & KRIEGER, LLC
14 8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
15 Phone: (702) 880-5554
16 FAX: (702) 385-5518
17 dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs Karla Gonzalez and*
18 *Jaime Retiguin Barba, Sr.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Karla Gonzalez and Jaime Retiguin Barba Sr., <br><br> Plaintiffs, <br><br> v. <br><br> Allied Collection Services, Inc., <br><br> Defendant. | Case No.: 2:16-cv-02909-MMD-VCF <br><br> **Stipulation to Extend Time to file Replies to Motions for Summary Judgment and Submit a Running Balance to the Court** <br><br> **(Second Request)** |

**Motions for Summary Judgment**

Plaintiffs filed their motion for summary judgment on June 29, 2018. ECF No. 58. Defendant responded on July 25, 2018. ECF No. 77.

Defendant filed its amended motion for summary judgment on July 12, 2018. ECF No. 70. Plaintiffs responded on August 9, 2018. ECF Nos. 82, 83.

The parties' replies are currently due on August 27, 2018. ECF No. 81.

**Motion to Compel Running Balances**

On July 12, 2018, a hearing was held on Plaintiffs' motion to compel discovery. ECF No. 71. This Court ordered the parties to work together and come up with running balances and provide a report to the court. The report is also due on August 27, 2018. ECF No. 85.

**Stipulation**

On August 15, 2018, Allicia B Tomolo and Michael Kind met and conferred regarding the running balance report. Certain information remained unclear and Plaintiffs, through counsel, requested additional details. In particular, Defendant provided a general running balance of the judgment amount in state court, but not balances for each of the three accounts at issue in Plaintiffs' motion to compel. ECF No. 46. Because of an illness, Defendant's counsel Vernon Nelson has not been available to meet and confer further.

Accordingly, the Parties stipulate to a one week extension for the deadline to submit their report on the motion to compel running-balance issue, ECF No. 85, and to file their replies in support of their respective motions for summary judgment. ECF No. 81. This is the parties second stipulation to extend these deadlines.

IT IS THEREFORE STIPULATED between the Parties as follows:

(1) The Parties' Stipulation of the Running Balance, ECF No. 71, will be due on or before **September 4, 2018**;

(2) The Parties' replies in support of their respective motions, ECF Nos. 58, 70, will be due on or before **September 4, 2018**.

DATED this 24th day of August 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*

**THE LAW OFFICE OF VERNON NELSON**

By: /s/ Vernon A. Nelson
Vernon A. Nelson, Jr., Esq.
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 9-4-2018 _____

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on August 24, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148