Michael Kind, Esq.
Nevada Bar No.: 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

Sara F. Khosroabadi, Esq.
Nevada Bar No.: 13703
HYDE & SWIGART
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs Karla Gonzalez and Jaime Retiguin Barba, Sr.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Karla Gonzalez and Jaime Retiguin Barba Sr., <br><br> Plaintiffs, <br><br> v. <br><br> Allied Collection Services, Inc., <br><br> Defendant. | Case No.: 2:16-cv-02909-MMD-VCF <br><br> **Stipulation regarding Plaintiff's motion in limine** |

# STIPULATION

On April 24, 2019, Plaintiff's counsel informed defense counsel that Plaintiff intended to file a motion in limine to exclude any reference to Plaintiff being entitled her attorney fees at trial since "[t]he award of attorneys' fees is a matter of law for the judge, not the jury." *Brooks v. Cook*, 938 F.2d 1048 (9th Cir. 1991).

On April 26, 2019, the parties met and conferred, through counsel, on Plaintiff's intent to file the motion in limine. On the same date, Defendant, through counsel, agreed with Plaintiff's position.

IT IS THEREFORE STIPULATED between the Parties that any reference to Plaintiff's ability to recover her attorney's fees in this matter will be excluded from trial.

DATED this 21st day of May 2019.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiffs*


**THE LAW OFFICE OF VERNON NELSON**

By: /s/ Vernon A. Nelson
Vernon A. Nelson, Jr., Esq.
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 21, 2019

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on May 21, 2019, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148