```
 1
 2
 3
 4
 5
 6            UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
 7
 8  Karla Gonzalez,              )   Case #2:16-cv-02909-MMD-VCF
                                 )
 9                               )
                                 )   **VERIFIED PETITION FOR**
10            Plaintiff(s),      )   **PERMISSION TO PRACTICE**
                                 )   **IN THIS CASE ONLY BY**
11       vs.                     )   **ATTORNEY NOT ADMITTED**
    Allied Collection Services, Inc. )   **TO THE BAR OF THIS COURT**
12                               )   **AND DESIGNATION OF**
                                 )   **LOCAL COUNSEL**
13                               )
              Defendant(s).      )
14  _____)   FILING FEE IS $250.00
15
```

        <u>   Abbas Kazerounian   </u>, Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

<u>Kazerouni Law Group, APC</u>
(firm name)

with offices at <u>        245 Fischer Ave.        </u>,
              (street address)

<u>  Costa Mesa  </u>, <u> California </u>, <u> 92626 </u>,
    (city)            (state)        (zip code)

<u> (800) 400-6808 </u>, <u> ak@kazlg.com </u>.
(area code + telephone number)  (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

<u>  Karla Gonzalez  </u> to provide legal representation in connection with
   [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>June 1, 2007</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>California</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of California | 06/01/2007 | 249203 |
| Central District of California | 03/19/2008 | 249203 |
| Northern District of California | 01/26/2009 | 249203 |
| Eastern District of California | 07/26/2010 | 249203 |
| U.S. Court of Appeals, 9th Circuit | 07/17/2012 | |
| U.S. District Court, Western District of Minnesota | 07/26/2013 | |
| See Attached Appendix | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| July 13, 2017 | Smith v. One Nevada | D. Nev (16-2156) | Granted |
| February 27, 2018 | Kamimura v. Green Tr | D. Nev (16-783) | Granted |
| September 10, 2018 | Bobo v. Clark County | D. Nev (16-2911) | Granted. |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California )
COUNTY OF Orange )

ABBAS KAZEROUNIAN Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

**SEE ATTACHED ACKNOWLEDGMENT**

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Michael Kind_____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____6069 S. Fort Apache Rd., Suite 100_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89148_____,
(city) (state) (zip code)

_____(800) 400-6808 ext. 7_____, _____mkind@kazlg.com_____.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Michael Kind, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Karla Gonzalez, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

13903                    mkind@kazlg.com
Bar number               Email address

APPROVED:
Dated: this __5th__ day of __June__, 20__19__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California }

County of ORANGE }

On June 4, 2019 before me, Janice Duffek, Notary Public,
(Here insert name and title of the officer)

personally appeared Seyed Abbas Kazerounian,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Janice Duffek* (signature)
Notary Public Signature        (Notary Public Seal)

JANICE DUFFEK
Commission # 2125938
Notary Public - California
Orange County
My Comm. Expires Sep 5, 2019

---

**ADDITIONAL OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

NV Court Document
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

**CAPACITY CLAIMED BY THE SIGNER**
- [X] Individual(s)
- [ ] Corporate Officer
  _____ (Title)
- [ ] Partner(s)
- [ ] Attorney-in-Fact
- [ ] Trustee(s)
- [ ] Other _____

**INSTRUCTIONS FOR COMPLETING THIS FORM**
This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

# Appendix

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Supreme Court | 11/04/2013 | |
| U.S. District Court, Northern District of Illinois | 07/22/2014 | |
| U.S. District Court, Eastern District of Texas | 05/03/2015 | |
| U.S. District Court, Northern District of Texas | 06/23/2015 | |
| U.S. District Court, Western District of Wisconsin | 06/15/2015 | |
| U.S. District Court, Eastern District of Wisconsin | 07/08/2015 | |
| State of California | 06/01/2007 | 249203 |
| State of Texas | 06/19/2014 | 24090982 |
| State of Illinois | 09/16/2014 | 6316129 |
| State of Washington | 01/07/2015 | 48522 |
| District of Columbia | August 10, 2015 | 1027868 |
| State of Michigan | 01/07/2016 | P80433 |
| State of Colorado | 12/13/2016 | 50484 |
| State of New York | 6/27/2018 | 5590104 |

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617　　　TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

May 9, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SEYED ABBAS KAZEROUNIAN, #249203 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2007; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

May 09, 2019

Re: Seyed Abbas Kazerounian, State Bar Number 24090982

To Whom It May Concern:

This is to certify that Seyed Abbas Kazerounian was licensed to practice law in Texas on June 19, 2014, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*Seana Willing*

Seana Willing
Chief Disciplinary Counsel
SW/web





# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/9/2019

Re: Seyed Abbas Kazerounian
Attorney No. 6316129

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Seyed Abbas Kazerounian was admitted to practice law in Illinois on 9/16/2014; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*

Andrew Oliva
Registrar

# CERTIFICATION OF CURRENT STATUS

May 22, 2019

**TO WHOM IT MAY CONCERN:**

This is to certify that according to the records of the Washington State Bar Association, **Mr. Seyed Abbas Kazerounian**, WSBA ID# **48522** was admitted to the practice of law as a Lawyer in this state by the Supreme Court of Washington on **January 7, 2015** and is, as of today's date, a(n) **Active Lawyer** of the Washington State Bar Association, <u>**Eligible**</u> to practice law in this state as a Lawyer.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

---

Terra Nevitt
Interim Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Seyed A Kazerounian*

was duly qualified and admitted on **August 10, 2015** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 13, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Seyed Abbas Kazerounian, P80433 of Costa Mesa, California is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on January 7, 2016 in Oakland County and became a member of the State Bar of Michigan on February 17, 2016.



*Janet K. Welch, Executive Director*
May 10, 2019



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Seyed Abbas Kazerounian**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **13th** day of **December** A. D. **2016** and that at the date hereof the said **Seyed Abbas Kazerounian** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **21st** day of **May** A. D. **2019**

**Cheryl Stevens**
Clerk

By *[signature]*
Deputy Clerk



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Seyed Abbas Kazerounian

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **27th day of June, 2018**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **13th day of May, 2019**.



Robert D. Mayberger

Clerk