VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Avenue, Suite 103
Las Vegas, NV 89103
Tel.: 702-476-2500
Fax.: 702-476-2788
vnelson@nelsonlawfirmlv.com
*Attorney for Allied Collection Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARLA GONZALEZ and JAIME RETIGUIN BARBA, SR., <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED COLLECTION SERVICES, INC., <br><br> Defendant. | Case No.: 2:16-cv-02909-MMD-VCF <br><br> **STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT ALLIED COLLECION SERVICES, INC. TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

This Stipulation and Order for an extension of time for Defendant Allied Collection Services, Inc. to file an Opposition to Plaintiff's Motion for Attorney's Fees and Costs is made and entered into by and between Plaintiff Karla Gonzalez and Defendant Allied Collection Services, Inc., by and through their respective undersigned counsel of record. This request is made in good faith and not for the purpose of delay.

Each party agrees that the Defendant's Opposition will be due on or before Monday, September 16, 2019.

Dated this 13th day of September, 2019.    Dated this 13th day of September, 2019.

KAZEROUNI LAW GROUP, APC    THE LAW OFFICE OF VERNON NELSON

*/s/ Michael Kind, Esq.*    */s/ Vernon A. Nelson, Esq.*
Nevada Bar No.: 13903    Nevada Bar No.: 6434
6069 S. Fort Apache Rd., Ste. 100    6787 W. Tropicana Avenue, Suite 103
Las Vegas, Nevada 89148    Las Vegas, Nevada 89103
(702)405-1765    (702)476-2500
mkind@kazlg.com    vnelson@nelsonlawfirmlv.com

IT IS SO ORDERED.

DATED: September 16, 2019.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 13, 2019, the foregoing Stipulation and Order for an extension of time for Defendant Allied Collection Services, Inc. to file an Opposition to Plaintiff's Motion for Attorney's Fees and Costs was served by email to all parties appearing in this case.

THE LAW OFFICE OF VERNON NELSON

/s/    Michelle Adams