UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARLA GONZALEZ and JAIME RETIGUIN BARBA, SR., <br><br>Plaintiffs, <br><br>v. <br><br>ALLIED COLLECTION SERVICES, INC., <br><br>Defendant. | Case No. 2:16-cv-02909-MMD-VCF <br><br>ORDER |

On August 13, 2019, the Court ordered counsel for Defendant Allied Collection Services, Inc. to show cause in writing why he should not be sanctioned for failure to comply with this Court's orders. (ECF No. 154.) The Court has considered counsel and Plaintiff's responses on the matter (ECF Nos. 167, 168). The Court finds that defense counsel has satisfied the order to show cause.

It is therefore ordered that defense counsel will not be sanctioned for noncompliance with court orders noted by the Court in ECF No. 154.

DATED THIS 29th day of October 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE