# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JUDGMENT IN A CIVIL CASE

v.          Case Number:

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

_____            ___DEBRA K. KEMPI___
Date                              Clerk

                                  _____
                                  Deputy Clerk