1  Gustavo Ponce, Esq.
   Nevada Bar No. 15084
2  Mona Amini, Esq.
   Nevada Bar No. 15381
3  **KAZEROUNI LAW GROUP, APC**
   6069 South Fort Apache Road, Suite 100
4  Las Vegas, Nevada 89148
   Telephone: (800) 400-6808
5  Facsimile:  (800) 520-5523
   E-mail: gustavo@kazlg.com
6
   *Attorneys for Plaintiff*
7

8  **UNITED STATES DISTRICT COURT**
9  **DISTRICT OF NEVADA**

10 KARLA GONZALEZ, et al.          Case No.: 2:16-cv-02909-MMD-VCF

11              Plaintiffs,         **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)**
12      vs.

13 ALLIED COLLECTION SERVICES, INC.
                                    Judge:  Hon. Miranda M. Du
14              Defendant.
15
16
17
18
19
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 1 -
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)

1  Plaintiff Karla Gonzalez ("Plaintiff") and Defendant Allied Collection
2  Services, Inc. ("Defendant") stipulate and jointly request pursuant to Fed. R. Civ. P.
3  41(a)(1)(A)(ii) that this action be dismissed in its entirety with prejudice.  Each party
4  shall bear its own attorney's fees and costs.

**IT IS SO STIPULATED**.

Dated: August 2, 2021                                **KAZEROUNI LAW GROUP, APC**

By:  /s/  Gustavo Ponce
     Gustavo Ponce, Esq.
     Mona Amini, Esq.
     6069 S. Fort Apache Rd., Ste 100
     Las Vegas, NV 89148
     *Attorneys for Plaintiff*

Dated: August 2, 2021                                **ALLIED COLLECTION SERVICES**

By:  /s/  Allicia B. Tomolo
     Allicia B. Tomolo, Esq.
     3080 S. Durango Drive, Suite 202
     Las Vegas, NV 89117
     *Attorney for Defendant*

**IT IS SO ORDERED.**

Dated this 2nd Day of August 2021.

_____
HONORABLE MIRANDA M. DU
CHIEF U.S. DISTRICT JUDGE